JERRY SOLIMENO, an Infant, by ALFONSO SOLIMENO, His Guardian ad Litem, Respondent, v. JOSEPH J. NADLER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JACOB PARMETT and Others, Doing Business, etc., Respondents, v. FISE REALTY Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMELA CRISCUOLO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ISIDOR YOUNG, Respondent, v. ARTHUR M. LIPKINT, Appellant. (Action No. 1.) — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BEATRICE YOUNG, Respondent, v. ARTHUR M. LIPKINT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ISIDOR YOUNG, Respondent, v. ARTHUR M. LIPKINT, Appellant. (Action No. 2.) — Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $5,137.95; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN J. FORSHAW and Another, as Copartners, etc., Respondents, v. LOUIS LEAVITT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DANIEL M. CASH, an Infant, by GRACE CASH, His Guardian ad Litem, Appellant, v. F. & W. GRAND FIVE, TEN AND TWENTY-FIVE CENT STORES, INC., Respondent. — Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the evidence presented questions of fact as to the negligence of the defendant and the contributory negligence of the plaintiff requiring the submission of those questions to the jury. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ASBESTOS LIMITED, INC., Appellant, v. ELWOOD J. WILSON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PAULINE LEVIN, as Administratrix, etc., of JULIUS LEVIN, Deceased, Respondent, v. RUDOLPH LEVIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PAULINE LEVIN, as Administratrix, etc., of JULIUS LEVIN, Deceased, Respondent, v. RUDOLPH LEVIN, Appellant.— Orders so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ZURKOW & SON, INC., Appellant, v. MAURICE L. ROTHSCHILD, Defendant, Impleaded with MAURICE L. ROTHSCHILD, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX ZURKOW, Appellant, v. MAURICE L. ROTHSCHILD, Defendant, Impleaded